UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN KENNEDY,<br><br>                        Plaintiff,<br><br>     v.<br><br>CREDITGO, LLC<br><br>                        Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 15-1790 (JBS-KMW)<br><br>**ORDER** |

This matter comes before the Court by way of Plaintiff Stephen Kennedy's Motion for Default Judgment. [Docket Item 14.] The Court has reviewed the moving papers, and there being no opposition; and

For reasons stated in the Opinion of today's date, and for good cause shown;

IT IS this __**2nd**__ day of __**December**__, 2015 hereby

**ORDERED** that Plaintiff's Motion for Default Judgment as to Defendant's copyright infringement and removal of copyright management information is hereby granted; it is further

**ORDERED** that Plaintiff's Motion for Default Judgment as to a permanent injunction is hereby denied without prejudice; it is further

**ORDERED** that Plaintiff's Motion for Default Judgment as to statutory damages is hereby deferred pending further submissions; and it is further

**ORDERED** that Costs are hereby awarded to Plaintiff and against Defendant in the amount of $457.00; and it is further

**ORDERED** that Plaintiff has fourteen (14) days to submit further briefing accompanied by an affidavit or certification relating to statutory damages

.

                              **s/ Jerome B. Simandle**
                              JEROME B. SIMANDLE
                              Chief U.S. District Judge